An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
APPLICATION OF ERICKSON
KENNETH, JR..

ERICKSON KENNETH, JR.,
Appellant,

FOR CHANGE OF NAME.

No. 68353

**FILED**

OCT 09 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to have been prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Accordingly, we conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Douglas                                            Cherry

15-30752

cc: Hon. Steve L. Dobrescu, District Judge
Erickson Kenneth, Jr.
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A